UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KIM SEYBERT, INC,                                                  :
:
:
                         Plaintiff,                          :
:              23-CV-90 (JMF)
       -v-                                                        :
:                 ORDER
CLASSIC TOUCH DECOR, INC., et al,                                  :
:
                         Defendants.                          :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       If all parties consent to conducting all further proceedings before a United States Magistrate Judge, *see* ECF No. 21-1, at 1, the parties should promptly file the consent form. Unless and until the parties submit the form, the undersigned will continue to handle the case.

       Unless the parties submit, and the Court signs, a consent form, the Court will hold the initial pretrial conference on **May 25, 2023**, the time of which is hereby CHANGED to **10:30 a.m.** The conference will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.) Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

       SO ORDERED.

Dated: May 18, 2023
       New York, New York
                                                                JESSE M. FURMAN
                                                             United States District Judge