UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM SEYBERT, INC.,

                Plaintiff,

-v-                                    CIVIL ACTION NO.: 23 Civ. 90 (JGLC) (SLC)

CLASSIC TOUCH DECOR, INC.,

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

    In light of the parties' representation that they have reached a settlement in principle (ECF No. 33), the settlement conference scheduled for July 19, 2023 at 10:00 am is CANCELLED.

Dated:    New York, New York
            July 14, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**